# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:10 CV 1679

Plaintiff:
**WELLS FARGO BANK, N.A., successor-by-merger to WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association, individuallly and as collateral agent, et al.**
vs.
Defendant:
**INTRAWEST HOLDINGS S.A.R.L. a Luxembourg company; and LEDCOR PROPERTIES, INC., an Alberta corporation,**

For: Zachary J. Bancroft, Esquire
LOWNDES, DROSDICK, DOSTER, KANTOR & REED

Received by Ashburn Associates, Inc. on the 15th day of November, 2010 at 1:10 pm to be served on **LEDCOR PROPERTIES, INC an Alberta corporation c/o RODNEY R. NEYS, Corporate Secretary or any other corporate officer, 1200, 1067 WEST CORDOVA STREET, VANCOUVER, BC V6C1C7.** I, __Jeron Singh__, being duly sworn, depose and say that on the __17th__ day of __November__, 20__10__ at __10__:__25__ a.m., executed service by delivering a true copy of the **Summons and Complaint for Damages with Exhibits** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(✓) CORPORATE SERVICE: By serving __AN ADULT FEMALE__ as __Secretary__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

# AFFIDAVIT OF SERVICE for 6:10 CV 1679

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 18th day of November, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

HEINRICH K. MARCUS
BARRISTER & SOLICITOR
1500-701 WEST GEORGIA ST.
VANCOUVER, B.C.   V7Y 1C6
TEL: 604-633-1815 FAX: 604-633-1805

Jeron Singh - Process Server of West Coast Title Search Ltd.
PROCESS SERVER #
Appointed in accordance with State Statutes

Ashburn Associates, Inc.
P.O. Box 1071
Orlando, FL 32802
(407) 894-7979

Our Job Serial Number: 2010005829